FILED

07/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0057

_____

THOMAS PENNELL and MINDY PENNELL,

      Plaintiffs and Appellants,

  v.

                                   O R D E R

NATIONSTAR MORTGAGE, LLC d/b/a MR.
COOPER; FIRST AMERICAN TITLE
COMPANY OF MONTANA, INC.;
DANIEL INMAN; and JOHN DOES 1-10,

      Defendants and Appellees.

_____

Appellants Thomas Pennell and Mindy Pennell, via counsel, have moved for an extension of time until August 19, 2022, to file their Reply Brief in this matter. The Pennells further request an extension of time until August 19, 2022, "for an *amicus curiae* to file an Amicus Brief." Counsel asserts that neither Appellees nor Montana Land Title Association (MLTA), which filed an Amicus Brief, object to this motion.

An Amicus Brief may be filed by one who is not a party, but who is invited or granted leave to do so upon motion to this Court. M. R. App. P. 2(2). Here, only MLTA has moved for leave to participate as amicus and, as indicated above, this Court granted leave and MLTA filed its brief. As no other amicus has moved for leave to participate, there is no Amicus Brief due for which we could grant such extension as the Pennells request.

IT IS ORDERED that Appellants' motion for extension of time to file their Reply Brief is GRANTED. Appellant shall prepare, file, and serve the brief on or before August 19, 2022. No further extensions will be granted.

IT IS FURTHER ORDERED that Appellants' motion for extension of time for the filing of an Amicus Brief is DENIED as MOOT.

The Clerk is directed to provide a true copy of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2022